EXHIBIT "A"

## Eric Goldsmith, M.D., PC

The American Board of
Psychiatry and Neurology
Diplomate in Psychiatry
With Certification in the
Subspecialty of Forensic
Psychiatry

420 Madison Ave, Suite 801
New York, NY 10017
Tel: 212-486-2754
Fax: 212-486-2758
Eric.Goldsmith@gmail.com

### PSYCHIATRIC REPORT

**EXAMINEE:** INES SANCHEZ
**DOCKET No.:** 0208 1:S1 16 CR2A1-003 (PPG)
**DATE OF BIRTH:** October 15, 1980
**DATE OF REPORT:** July 10, 2018

**PURPOSE OF EVALUATION:** Alan Nelson, Attorney representing Ines Sanchez, requested that I conduct a psychiatric evaluation of his client. Ms. Sanchez has pled guilty to being involved in a racketeering conspiracy. As outlined in the Presentence Investigation Report, Sentencing Recommendation: *"...In the incident offense, the defendant was a 'godmother' of the criminal organization, 'The Blood Hound Brims' (BHB) which operated in the greater New York area. In her role, Sanchez was in charge of disseminating the gang's paperwork, which included the rules and codes of the gang. She also tracks the leaders and members of the various pedigrees (groups of members in different regions such as Harlem, Bronx, Brooklyn, Long Island, and Westchester Counties). Sanchez organized and attended the 'pow wows' or meetings, where various matters pertaining to the business of the organization were discussed such as, the drug dealing, dues, firearms, and the violence against other rival gangs. The defendant also passed messages between incarcerated BHB members and those who were at liberty in the community and recruited new members. She is considered an organizer and leader in the offense due to her various duties, her decision-making capabilities in the group, and her elevated status in the enterprise. There are victims in the offense; however, violence acts were not carried out by Sanchez, specifically..."*

The purpose of this evaluation is to conduct a comprehensive psychiatric assessment, provide a diagnostic impression, and give an opinion on Ms. Sanchez' state of mind at the time of the incidents in question and opine on her future treatment needs.

**PSYCHIATRIC OPINION:** It is my opinion to a reasonable degree of psychiatric certainty that Ines Sanchez meets Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5) criteria for chronic posttraumatic stress disorder (PTSD). Ines Sanchez was exposed to childhood deprivation and trauma. Her father, who had a significant substance abuse problem, raped her sister resulting in the birth of a child. Ms. Sanchez herself was the victim of repeated child sexual abuse. She was inappropriately touched and raped by her cousin. She fell into a pattern of getting involved in romantic relationships with abusive men. During previous New York State incarceration, Ines Sanchez was subject to grooming behaviors by a male Correctional Officer, who later sexually assaulted her. She was repeatedly raped. She felt powerless. She became suicidal and had a suicide attempt in prison by overdose.

**INES SANCHEZ**
**PAGE 2**

Ms. Sanchez has experienced posttraumatic symptoms stemming from her traumas. She has experienced upsetting traumatic memories, distressing dreams, chronic feelings of detachment and depression. She has experienced hypervigilance with extreme feelings of vulnerability. She has abused alcohol in the past in part to numb her emotional pain.

In Ms. Sanchez's experience, most men have exploited and sexually abused her. She has felt powerless to assert herself and so has repeatedly been victimized. However, in the gang, she felt safe from sexual attack. In her role with the gang the men respected her and were not abusive. She was enticed by the experience of feeling protected. It became a highly influential factor in her decision to take on the role of "godmother" to the gang.

**SOURCES OF INFORMATION:**
- Interview with Ines Sanchez on May 18, 2018, at the Metropolitan Correctional Center for approximately 3.0 hours. Ms. Sanchez's attorney, Alan Nelson, was present for the interview.
- Review of Sealed Superseding Indictment.
- Review of September 13, 2017, Pre-Sentence Investigation report prepared by USPO Specialist, Tandis Milani, and Addendum to Pre-Sentence report and Sentencing Recommendation.

**CONFIDENTIALITY:** Ines Sanchez was informed that the purpose of the interview was to provide a psychiatric report to her attorney and the court. Ms. Sanchez indicated an understanding that information about our meeting was therefore not confidential to that extent. Ms. Sanchez also understood that a treatment relationship was not being established.

**RELEVANT PAST HISTORY:**    Inez Sanchez is a 37-year-old single Latina female who is currently housed at the MCC Jail. She reports participating in one-on-one counseling with a therapist. She is not taking psychiatric medication. Ms. Sanchez was arrested on January 4, 2017, one day following the termination from a 5-year period of post release supervision from a New York State Felony conviction. During her 5-years of post-release supervision, Ms. Sanchez reports maintaining sobriety from alcohol and cannabis. In addition, she participated in individual counseling at a Mental Health Clinic on 3rd Avenue in the Bronx. She had been referred to the clinic by her Parole Officer. At the time of her arrest for this case, Ms. Sanchez was living at her mother's home located at 545 East 145th Street, Bronx, New York.

Inez Sanchez was born in the Bronx and raised by her biological mother and older sisters. Her biological father was a sexual predator with a significant substance abuse problem. She says he had raped his own sisters and was in and out of jail and prison much of her life. Ms. Sanchez says she feared her father when she was young. Her father had raped Ms. Sanchez's older sister Nancy, resulting in a pregnancy. Nancy was 13 or 14 years old at the time and became a teenage mother to Johanna.

INES SANCHEZ
PAGE 3

In total, Ms. Sanchez had eight siblings. One of her brothers died in 1996. Her sister, Carmen Garcia died as a young adult from cancer. Ms. Sanchez says she had been very close to Carmen and her husband Gaby. At the time of her death, Carmen had a two-year-old child Angel Ivy (AI). Ms. Sanchez reports that up until her arrest for this case, she had taken on a primary parenting role with AI. She plants to continue in that maternal parenting role when released following this case.

Ms. Sanchez reports that she was exposed to repeated incidents of childhood sexual abuse and family trauma. She says at the approximate age of seven, her older sister, Madellia's boyfriend had attempted to rape her. She says he had also forced her to participate in the sexual abuse of her younger sister, Caridad. Ms. Sanchez additionally says that Vincent, the father of one of her nieces inappropriately touched her and he threatened her not to reveal the abuse. Ms. Sanchez states that she was extremely fearful of Vincent.

Ms. Sanchez says that she was inappropriately touched in her vagina when she was approximately age 7 by an uncle. He told her that she could not reveal what had occurred. Ms. Sanchez reports that a different uncle had also sexually abused her. Ms. Sanchez reports that throughout her childhood, older male relatives and boyfriends and partners of older sisters had repeatedly sexually abused her.

However, growing up, Ms. Sanchez reports that of all the men in her life, she most feared her father. Ms. Sanchez reports her father had raped all of his sisters. Her father had raped Ms. Sanchez's sister, Nancy, when she was approximately age 13 or 14. Nancy became pregnant and a teenage mother to Johanna. Ms. Sanchez reports that her mother helped raise Johanna knowing full well that her husband had raped his daughter.

Ms. Sanchez reports that from age 4 through 5, she was removed from her home and placed in foster care. At that time, Ms. Sanchez says that her father went to prison. However, when she returned to her home at the age of 5, she was subject to sexual abuse by uncles and older sister's boyfriends and partners.

Ms. Sanchez reports that at the age of 12, she developed acute appendicitis requiring surgery. She says that she was told that the infection would have negative effects on her future fertility. By the age of 13, Ms. Sanchez states that she was drinking alcohol on a continuous and heavy basis in part to self-medicate negative emotions. Ms. Sanchez reports that she used to drink heavy amounts of alcohol on a daily basis and drank steadily from age 13 through age 22 when she was arrested on a New York State Felony Robbery Charge. Ms. Sanchez states that for her, alcohol gave her a reason "to escape." Ms. Sanchez says, "at its most, I would drink, drink and drink until I blackout." With respect to alcohol, Ms. Sanchez says "I don't know how to stop." She estimates that she has had numerous alcohol-related blackouts. Ms. Sanchez reports that she received alcohol treatment while in a New York state prison. During her five years of post-release supervision, Ms. Sanchez was able to maintain sobriety. Ms. Sanchez states that she has never abused cannabis or other illicit substances.

**INES SANCHEZ**
**PAGE 4**

Ms. Sanchez reports that she attended New York City public schools. Ms. Sanchez states that she did poorly in school. She says she had a difficult time maintaining her focus. She says her thoughts constantly turned to "what if. What if things were different." Ms. Sanchez says that for her during childhood, "there was nowhere that was safe." Ms. Sanchez reports that she was placed in special education classes. She reports, math was particularly difficult for her.

Ms. Sanchez denies a history of chronic medical problems; however, she reports a history of traumatic injury. She says on her 20th birthday, she was shot in her left leg after being caught in a crossfire at the Webster Avenue Housing Project. She reports at the approximate age of 21, she was stabbed in her left leg by an ex-boyfriend. She reports that he was abusive, and he stabbed her after she tried to break up with him.

However, Ines Sanchez's traumatic life took a turn for the worse on October 15, 2002, her 22nd birthday. Ms. Sanchez reports that she was invited to celebrate her birthday by her cousin, Jason Quinones and friend, Hasani Best. Ms. Sanchez reports that she had toxic relationships with these two men who were abusive to her. She reports that Jason's mother, was her aunt and had been raped by her father.

On October 15, 2002, Ms. Sanchez states that she, Jason Quinones and Hasani Best had gone to the local liquor store to buy more alcohol. Ms. Sanchez reports that she was well known to the store owner. However, on that day, Ms. Sanchez reports that in the store, Hasani Best began sexually fondling her. Ms. Sanchez reports that the liquor store owner came out from behind the Plexiglas security shield in an attempt to assist her; however, Hasani Best and Jason Quinones took it upon themselves to rob the liquor store and in the process, the owner was punched to the ground and later died from his injuries.

Ms. Sanchez reports that following the robbery, she and the two men returned to her home where they continued to drink. She says Jason Quinones began to rape her. She says Hasani Best sexually assaulted her. Police arrived, and she was arrested along with the two men. Ms. Sanchez states that Jason Quinones had threatened to claim that she had orchestrated the robbery by creating the appearance of needing assistance from the liquor store owner. She says he told her not to cooperate with the police. However, she later learned that Jason Quinones and Hasani Best had already implicated her. Ms. Sanchez was sentenced to 10 years in prison.

While incarcerated at the Bedford Correctional Facility, Ms. Sanchez reports that for the first time, she disclosed her history of trauma and sexual abuse. Ms. Sanchez reports that she had been conditioned to "hold everything in." She had essentially internalized her trauma-based psychological problems. During this first experience with counseling, Ms. Sanchez reports that she did not experience the therapist as empathetic. She reports developing worsening depression and made a suicide attempt by overdosing with pills.

INES SANCHEZ
PAGE 5

Ms. Sanchez reports that she was transferred to the Albion Correctional Facility where she was preyed upon by Correctional Officer Joseph Reilly. As part of Correctional Officer Reilly's grooming behaviors, he sent money to her commissary, provided her with packages and alcohol. Ms. Sanchez reports he then forced her to engage in sexual activity. Ms. Sanchez says "he is an officer. What can you do. He has power over me. I felt like I had no choice but to participate."

Ms. Sanchez reports that the sexual abuse ended when she was transferred to the Bayview Correctional Facility, but even there, Ms. Sanchez reports that Officer Reilly continued to attempt to make contact with her. Ms. Sanchez states that it is her understanding that Officer Reilly is currently incarcerated after having been convicted of a sexual offense. Ms. Sanchez reports that in the context of the trauma, she once again became depressed and made a suicide attempt by overdose. Ms. Sanchez reports that following that attempt, she entered counseling which she found helpful. Following her release from State Prison, Ms. Sanchez continued therapy through a clinic in the Bronx arranged by her probation officer.

Ines Sanchez describes experiencing posttraumatic symptoms related to her extensive history of childhood and adult sexual abuse. She reports experiencing episodes of depressed mood with diminished motivation. She says there are times she does not want to get out of bed and face the day. She reports having difficulty trusting people. She reports being avoidant. She says, "I don't like to be around men by myself." "I don't feel safe." When asked about which men she feels most comfortable in their presence, she identifies her younger brother, Amalio Garcia, the husband of her deceased sister and Al's father, Gaby. Ms. Sanchez describes experiencing recurrent upsetting traumatic memories and bad dreams. In addition to experiencing these fear-based and dysphoric symptoms, Ms. Sanchez describes trauma-based externalized anger. Having to cope with chronic feelings of powerlessness has resulted in aggressive symptoms. She has engaged in cutting behaviors and other self-harm such as biting her arm.

Ines Sanchez describes experiencing persistent anxiety symptoms and trauma-related hypervigilance. In addition to posttraumatic depression, she also reports experiencing pervasive psychological numbness which is characteristic of sexually traumatized individuals. She says "it's like I am numb. How much can one person take."

**EXPERIENCE RELATED TO HER INVOLVEMENT WITH THE BHB GANG:**
Ines Sanchez reports that she was introduced to the gang by a member who used to date her sister. Ms. Sanchez states that almost immediately, she experienced her role with the male gang as a place of safety. She says, "I was trusted." "They knew I had been in prison for 10 years and they could trust me."

Because Ms. Sanchez had had the experience of being repeatedly exploited and sexually abuse by men, she found her involvement with the gang to have been an anxiety relieving experience with respect to her safety. She states "I'm around all these men where every man in my life had done something wrong to me. But with these gang members, I wasn't

**INES SANCHEZ**
**PAGE 6**

raped. It made me feel wanted and protected." She says, "no one could touch me or hurt me no more." Ms. Sanchez states that feeling protected and safe greatly diminished her anxiety. Her mood improved. She describes this feeling of safety as being the influential factor in her decision to take on the role of "godmother" to the gang.

**MENTAL STATUS EXAMINATION FROM MAY 18, 2018:** Ines Sanchez is a 37-year-old Latina female, dressed in appropriate jail-issued fatigues. She was calm, pleasant, and cooperative during the lengthy forensic interview. There were no odd behaviors or mannerisms. She evidenced emotional upset when discussing painful traumatic experiences. Ms. Sanchez reports her mood is "a little sad." She reports being committed to taking good care of herself, seeing her counselor at the jail and engaging in productive activities. She reports having had to cope with the loss of her sister who died from cancer during this current incarceration. Ms. Sanchez reports that she made the commitment to be a mother figure to Carmen's daughter, and reports discussing with A.I.'s father, Gabby, relocating out of state to help raise the child. Ms. Sanchez reports she has been attempting to work in therapy with her counselor at the MCC on overcoming traumatic symptoms. Ms. Sanchez denies current suicidal thinking. She reports spending her time reading, writing, and doing certificate programs. She reports that she is currently being tutored to pass the GED exam. She reports a preserved appetite and concentration. She denies current sleep problems. Her speech is of normal rate, prosody and rhythm and is conversational. She demonstrates a full range of appropriate affect. Her thought processes are clear, organized, and goal directed. There is no evidence of psychotic symptoms. She is alert and oriented with no gross memory deficits.

**DIAGNOSIS:** PTSD, chronic.

**FORMULATION:** Ines Sanchez is a 37-year-old single Latina female who is awaiting sentencing due to her role as "godmother" of the BHP Gang. Ines Sanchez has one prior criminal conviction related to New York State felony robbery charges. On her 22nd birthday, Ms. Sanchez participated in a robbery of a neighborhood liquor store. During the course of the robbery, the liquor store owner was attacked and died from his injuries. Ms. Sanchez reports that leading up to the robbery, she had been drinking heavily. Both men had sexually abused her. At the liquor store, she was being sexually fondled when the owner came out to intervene and the robbery took place. Ms. Sanchez reports that she was raped by one of her codefendants, who is also her cousin. She reports being forced by her codefendants to not make statements to the prosecutor. She served 10 years in State prison. During her incarceration, she attempted to seek therapy for the first time to address her extensive history of childhood sexual abuse. Ms. Sanchez had been sexually abused by her uncles, boyfriends and partners of older sisters. She greatly feared her father who had a crack addiction and had raped his own sisters and one of his daughters resulting in the birth of a child.

**INES SANCHEZ**
**PAGE 7**

Ms. Sanchez experienced her first therapist in prison as unempathetic. She became more despondent and had a suicide attempt by overdose. She was moved to a different correctional facility where she was subject to grooming then sexual assault by a correctional officer. She felt powerless to resist her predator's advances. Ms. Sanchez had a second suicide attempt by overdose. She once again entered therapy while in prison and this time had a positive therapeutic experience.

Following her release from New York State prison, Ms. Sanchez continued psychotherapy to address her substance abuse problem and trauma-related symptoms. She maintained sobriety. However, she continued to feel unsafe. It had been her experience that men were dangerous. She repeatedly had gotten involved with abusive men. However, she experienced her involvement with the BHB gang as safe. The men respected her, and she was not subject to sexual abuse.

Ms. Sanchez says that for the first time in her life, she felt safe in the company of men. She was enticed by this experience of feeling safe and protected. It became a highly influential factor in her decision to take on the role of "godmother" to the gang.

Ines Sanchez was subject to extreme and persistent childhood sexual abuse. She felt unsafe. It left her feeling isolated, depressed and hypervigilant around men. She evidences avoidant behaviors and upsetting memories of her abuse. From age 13 until her arrest at age 22, she abused large amounts of alcohol as a way in part to self-medicate her posttraumatic symptoms. In addition to these fear-based and dysphoric posttraumatic symptoms, Ms. Sanchez evidences posttraumatic anger symptoms. Feelings of powerlessness have resulted in self-directed aggression. She has cut herself, bitten her arm, and brooded over feelings of anger. Therefore, it is my opinion to a reasonable degree of psychiatric certainty that Ines Sanchez meets diagnostic criteria for PTSD.

Ines Sanchez recognizes the role that childhood trauma and abuse have affected her adult behaviors. She is committed to continuing therapy to help her work through posttraumatic symptoms, maintain sobriety and shore up coping strategies. She has realistic plans for the future and is engaging in productive activities while incarcerated at the MCC. Ines Sanchez can benefit from continued psychotherapy in the community to assist in recovering from her chronic PTSD condition. She may require psychiatric medications to address any emergent PTSD symptoms. She also requires an abstinence-based relapse prevention treatment program to assist her in maintaining sobriety. Under these conditions of treatment, Ms. Sanchez' risk of recidivism is greatly reduced.

Respectfully submitted,

Eric Goldsmith, M.D., PC
Diplomate in Psychiatry with Certification in the Subspecialty of Forensic Psychiatry, A.B.P.N.
EG/pm

EXHIBIT "B"

**Alan Nelson**

| | |
|---|---|
| **From:** | SANCHEZ INES (78549054) |
| **Sent Date:** | Tuesday, August 14, 2018 1:50 PM |
| **To:** | anelsonlaw@aol.com |
| **Subject:** | A letter to the judge |

Dear Honorable Judge Gardephe

First , I want to thank you for taking the time to read my letter.I sincerely apologize for my role in this racketeering offense. I know my actions not only negatively impacted my family but also the community .

I was desperately trying to fit in, I become involved with the gang because of all the things I've endured growing up and they (THE GANG) made me feel safe & protected.

I had such a difficult childhood . I have been raped , molested & sexually abused by the men in my life my father was a heavy substance abuser, not only that he ended up raping his sisters in which resulted in him raping my half sister Nancy " Maria" Cuevas, in which We we're removed from the house hold because of this situation  &  stayed in a foster home for a year or so until my mother regain custody of us including Joanna Vaquerano  who by than  was born & raised by my mother because her mother was to young to do so, as we got older we find out this was the reason for us being removed amongst other things.

I can recall most of my childhood like my uncles touching me in places that i shouldn't be touched .My sisters boyfriends touching me & telling not to say anything ,I recall one incident that my sister migdalia daughter father Vincent sabater  touched me & hid me underneath a tub he also had me help him touch my sister Caridad Cuevas Being that we all slept in the same bed room 2 that time .As i became a teenager  I turned to drinking because it was my only escape i didn't even feel safe @ school because it was mostly boys in my class i was in a ED class because of my lack of learning abilities math being the worst subject of all.

As i got older I dealt with many men to full  a void & they too we're abusive, I had one boyfriend who stabbed me in the left leg because i tried to end our relationship. I had lost my oldest brother & stepfather in the same year which i ended up drinking more & more  till i had black outs just to numb all my pain .Than in 2002 i ended up going to prison .However that same night my cousin & his friend raped me I NEVER once disclosed the traumatic events of my life till i was in a correctional state prison speaking to a intake counselor . I don't believe that the individual  was sincere about helping me cope with my current issues , so i tried to end my  life by taking prescription medication . During that time i was moved to Albion correctional Facility and  That's when a correctional officer started to sexually assault me, He would bring me gifts & threaten that if i say something i would be lost in the system so i kept quiet & again i tried to commit suicide, i was suppose to be safe and again i was being abuse. I was later moved to Bayview correctional  where  officer Riley continue to write  & threaten me I ended up telling my parole officer at the time . I soon found out that he was later arrested for raping another female inmate.

In present time Your honor, I have  used my time wisely by completing several programs including: parenting, victims impact, woman's history,A.C.E black history,inmate companion ( which i was coordinator for 9 months) drug treatment, black independent study, lead by example ,money smart 1 2 & 3 and bible studies .

I completed work details such as painting, floor maintance & general sanitation. I've also prepare for the A.C.A inspection in 2017 & 2018 . I also held jobs in the commissary ,laundry & i was currently head of sanitation on my unit .I also have a clean disciplinary .

I have  a very close and supportive family we have endured alot yet they have alway's been there for me especially my sister Joanna .During my incarceration I lost someone very dear to me to cancer my little sister --- Carmen Garcia who leaves behind five children who i took to school  & helped raised .I also have an elderly mother who haves kidney issues .

I am willing to get treatment for my alcohol and mental health issues .I take full responsibility for disseminating B.H.B paper work ,organizing meeting and my leadership role.

**Alan Nelson**

Your honor my fate is in your hands, I just want to exhibit my changes to the world & also my family so they can finally be proud.

Thank You
Ines Sanchez

EXHIBIT "C"



**U.S. Department of Justice**
**Federal Bureau of Prisons**
*Metropolitan Correctional Center York, NY*
*150 Park Row, New York, NY 10007*

June 15, 2017

To whom it may concern,

This letter is to verify that Ines Sanchez has participated in the 13-week course **Victim Impact: Listen and Learn** with instructor Stacey B. Harris, MPA. The course is offered through the Metropolitan Correctional Center of New York at 150 Park Row, 2nd Floor, New York, NY 10007. The training took place on Thursdays, March 30 – June 15, 2017, 09:00am – 11:00am. Ms. Sanchez completed 26 hours of this course.

Should you have any questions regarding the participation of Ms. Sanchez in this course, please do not hesitate to contact me.

Sincerely,

S. Harris, MPA
Unit Secretary
646-836-6300

# United States Department of Justice
## Federal Bureau of Prisons

### INES SANCHEZ

has satisfactorily completed the

requirements for the

## NON-RESIDENTIAL DRUG TREATMENT PROGRAM

and is hereby awarded this

*Certificate of Achievement*



_____
D.A.P. Coordinator

7/26/17
_____
Date



_____
Drug Treatment Specialist

# EXHIBIT "D"



**LEAD BY EXAMPLE**
&
**REVERSE THE TREND**
SELF IMPROVEMENT PROGRAMS

198 E 161st St, Bronx, NY 10451, leadbyexample12@gmail.com, {732} 430-9020

April 27, 2018

To Whom It May Concern,

My name is Antonio Hendrickson, Founder of Lead by Example & Reverse the Trend Inc., (LBE & RTT Inc.), Self Improvement Violence Prevention Mentoring Program. We are a Non for Profit CBO service provider for at risk youth, teens and young adults.  LBE & RTT Inc., is a self improvement program in which our goal is to strategically address our community needs by implementing a direct hands on approach to a wide variety of communal concerns and issues. The program deals with the individual, morality, and values which helps attack the heart of problems.

I am writing this letter on behalf of Ines Sanchez, who has completed an eight week course with LBE & RTT Inc., earning a certificate at the Metropolitan Correctional Center.   We are willing to receive her into our organization as a credible messenger to help with the violence prevention and social emotional learning part of our program.  Through redirection and empowerment, enhancing communication and social skills, our mentors/messengers help young people become positive, assertive adults who have a strong sense of self-awareness and their true potential.  For more information please view our website @ http://wwwleadbyexamplereversethetrend.org/

LBE & RTT Inc., believes that Ms. Sanchez, will be very instrumental with the progress of the program and willingly assist where she's needed.  It will be an absolute pleasure to work with her as a volunteer with our team.

Please feel free to contact me @ {732} 430-9020 or leadbyexample12@gmail.com.

Respectfully,

*Antonio Hendrickson*

Antonio Hendrickson
LBE & RTT Inc.
Founder & CEO
leadbyexample12@gmail.com

EXHIBIT "E"

METROPOLITAN CORRECTIONAL CENTER OF NEW YORK

# CERTIFICATE OF COMPLETION

*This hereby certifies that*

# INES SANCHEZ

has successfully completed the class requirements for the

Victim Impact: Listen and Learn Program

Awarded this 15 day of June 2017

*K. Elraheb, Associate Warden*

S. Harris, MPA, Facilitator

# EXHIBIT "F"



**United States Department of Justice**

**Federal Bureau of Prisons**

*Ines Sanchez*

has satisfactorily completed the

requirements for the

**BASIC COGNITIVE SKILLS**

and is hereby awarded this

*Certificate of Achievement*

6/23/2017
**Date**

**Group Leader**

K. Silberg, PsyD, PhD
**Chief Psychologist**

EXHIBIT "G"

# MCC NEW YORK

## EDUCATION DEPARTMENT

Presents this Certificate of Appreciation to

## INES SANCHEZ

For successfully completing the 2018

## PARENTING, PRISON & PUPS PROGRAM

at the Metropolitan Correctional Center New York

February 4 – March 30, 2018

Lisa Rae Johnson
Parenting, Prison & Pups Program Coordinator
Education Specialist
Metropolitan Correctional Center New York

*He who opens a school door, closes a prison. ~ Victor Hugo*

2018

EXHIBIT "H"



**Pace University**

*Dyson College of Arts & Sciences*

**CERTIFICATE OF SUCCESSFUL COMPLETION**

*PARENTING INSIDE OUT*

THIS CERTIFIES

*Ines Sanchez*

**HAS ATTENDED AND COMPLETED 32 PROGRAM CLASS HOURS**

WITH THE FOLLOWING CORE COMPONENTS:

**Communication, Problem Solving, Monitoring**

**Positive Reinforcement, Non-Violent Discipline Techniques, & CPR/First AID**

Dr. Kimberly Collica-Cox
Associate Professor, Criminal Justice/Pace

MANHATTAN, NY
March 27, 2018

# EXHIBIT "I"

# Metropolitan Correctional Center
## New York, New York

### *Ines Sanchez*

has satisfactorily completed
INMATE COMPANION TRAINING
and is hereby awarded this

## *Certificate of Achievement in Suicide Prevention*

On March 18th, 2017

_____
E.L. Tatum, Jr., Warden

_____
Darlene Imeri, Psy.D.
Staff Psychologist and Coordinator

_____
Elissa Miller, Psy.D.
Chief Psychologist

EXHIBIT "J"



United States Department of Justice

Federal Bureau of Prisons

*Ines Sanchez*

has satisfactorily completed the

requirements for

ANGER MANAGEMENT

and is hereby awarded this

*Certificate of Achievement*

9/14/17
Date

Chief Psychologist

G. Avena PsyD
Clinical Psychologist

EXHIBIT "K"

**CERTIFICATION CARD**

## CPR and AED

Ines Sanchez

has successfully completed and competently performed
the required knowledge and skill objectives for this program.

☐ Adult    ☐ Adult and Child    ☒ Adult, Child, and Infant

*Card is void if more than one box is checked.*



Health & Safety Institute®

AMERICAN
■SAFETY&
HEALTH■■■
INSTITUTE

Thomas Cox
**Authorized Instructor (Print Name)**

673240
Registry No.

3/24/18                    3/24/20
Class Completion Date          Expiration Date

2123461862              2392101
Training Center Phone No.        Training Center I.D.

This card certifies the above named individual has successfully completed the required objectives
and hands-on skill evaluations to the satisfaction of a currently authorized ASHI instructor. This
program conforms to the *2015 AHA Guidelines Update for CPR and ECC*. Expiration date may not
exceed two years from month of class completion.

EXHIBIT "L"

# CERTIFICATE OF COMPLETION

*This certificate is awarded to*

## MES SANCHEZ

*for completion of an extensive course of study in the Adult Continuing Education program*

## Independent Study Black History

June 5th , 2017

A.   Delgado, Teacher
MCC New York Education Department



*Certificate of Completion*

*for*

*the Bible Study*

*DFD Series*

*Presented to*

*Ines Sanchez*

_____
Executive Director

6/25/2018
_____
Date

# CERTIFICATE OF PARTICIPATION

*This certificate is awarded to*

## MES SANCHEZ

*for your participation in the*

## A.C.E. Women's History program

*April 12th , 2017*

A.  Delgado, Teacher
MCC New York Education Department

# CERTIFICATE OF COMPLETION

*This certificate is awarded to*

## MES SANCHEZ

*for completion of an extensive course of study in the Adult Continuing Education program*

## A.C.E. Black History

February 28th , 2017

A. Delgado, Teacher
MCC New York Education Department

## Inmate Companion Schedule

**Inmate Companion Coordinator:**    Sanchez #78549-054

for suicide watch

Date: _____

| TIME | INMATE | ROOM |
|---|---|---|
| 3:00 AM - 7:00 AM | | |
| 7:00 AM - 11:00 AM | | |
| 11:00 AM - 3:00 PM | | |
| 3:00 PM - 7:00 PM | | |
| 7:00 PM - 11:00 PM | | |
| 11:00 PM - 3:00 AM | | |

Date: _____

| TIME | INMATE | ROOM |
|---|---|---|
| 3:00 AM - 7:00 AM | | |
| 7:00 AM - 11:00 AM | | |
| 11:00 AM - 3:00 PM | | |
| 3:00 PM - 7:00 PM | | |
| 7:00 PM - 11:00 PM | | |
| 11:00 PM - 3:00 AM | | |

UNIT 2 CELEBRATES

# INTERNATIONAL WOMEN'S DAY
## 8 March 2018

1. Skit - Queen Whitmore and Mina Ghanem
2. Welcome - Leigh Marcini
3. Music - the MCC Lights Women's Chorus
4. Prayer - Karilie Herrera
5. Meal Served
6. Facts and Statistics - C. Richardson, A. Voicu, J. Olivera, K. Trampler and M. Ghanem
7. Place Card Reveals - Bios of Amazing Women
8. From Meth-Maker to Minister - Leigh Marcini
9. Poetry - Ines Sanchez, Karilie Herrera, G. Rivera, Queen
10. About the Book Display
11. Women in Prison: Voices from Unit 2 - Theresa Keefe
12. Closing
    - duet by Aura Voicu and Leigh Marcini

Thank you to our chef, Queen Whitmore!
Thank you to everyone who volunteered their time and talent!!

| | |
|---|---|
| Theresa Keefe | Queen Whitmore |
| Aura Voicu | Ines Sanchez |
| Nazo Gaprindashvili | Mina Ghanem |
| Karilie Herrera | Leigh Marcini |
| Tina Batista | Carolyn Richardson |
| Judie Olivera | Katelyn Trampler |
| | Gissette Rivera |

**Sharing Hope Ministry**
P.O. Box 7160 ■ Amarillo, Texas 79114

Date _4-3-18_

Name _Inez Sanchez_

ID# _78549-054_

Facility _MCC-NY_
_NY, NY_

Dear _Inez_

GOOD JOB! You have completed your study of _Character of follower_
We have included your next book in this series. Continue to seek God in His awesome and mighty word and apply it to your life. Our perfect Heavenly Father wants a deep and meaningful love relationship with you.

We pray you find encouragement, comfort, and hope through your studies. We look forward to receiving your summary from this study and we will send you the next study book.

Inez,
God bless you for continuing these studies, growing more in spirit as you read and study.
May you apply what you learn in your daily life, as you are doing.
Because of Jesus,
Fern

Proverbs 3:5-6
Trust in the Lord with all your heart and lean not on your own understanding; in all your ways acknowledge Him and He will make your paths straight.



**Sharing Hope Ministry**
P.O. Box 7160 ▪ Amarillo, Texas 79114

Date _5-1-18_

Name _Inez Sánchez_

ID# _78549-054_

Facility _MCC-NY_
_NY, NY_

Dear _Inez,_

GOOD JOB! You have completed your study of _Foundation For Faith_
We have included your next book in this series. Continue to seek God in His awesome and mighty word and apply it to your life. Our perfect Heavenly Father wants a deep and meaningful love relationship with you.

We pray you find encouragement, comfort, and hope through your studies. We look forward to receiving your summary from this study and we will send you the next study book.

Inez,
May you continue your desire to follow God's commands, doing what is right. And keep praying... God has given us the ability to communicate with Him, any time of day or night!
God bless you, Inez,
For Jesus,
Fern ♡

Proverbs 3:5-6
Trust in the Lord with all your heart and lean not on your own understanding; in all your ways acknowledge Him and He will make your paths straight.



**Sharing Hope Ministry**

P.O. Box 7160 ▪ Amarillo, Texas 79114

Date  5 - 25 - 18

Name  Ines Sanchez

ID#  78549 - 054

Facility  2 Cell C219

Dear Ines,

Congratulations! Upon submitting a summary of this study, you will have completed the _____ DFD _____ series. We will send you a Certificate of Completion along with your next study.

Before we start you on your next series, you may choose a topic for a single Bible study. Check **only one** topic that you are interested in. PLEASE RETURN THIS SHEET TO RECEIVE YOUR NEXT STUDY, along with the yellow summary sheet.

Available topics are:

o   Recovery

o   Family Relationships
    (Marriage & Parenting)

o   Busyness

o   Studying the Bible

o   Anger & Forgiveness

o   Suffering &
    Depression

o   Overcoming
    Your Past

o   Books of the
    Bible

We love to hear when the studies mean so much, and that they come at "just the right time." That is what we pray for, and it is such an encouragement to us to hear how the LORD is using this ministry to His glory.

Blessings on you!

Love,
Vonnie

Congrats Choice Letter #3 - 2013

EXHIBIT "M"

MCC NEW YORK
# Initial Job Orientation
# Laundry Workers

| Department: Unit Team 2 (Female Unit) | Work Start Date: July 2, 2018 |
|---|---|
| Person Giving Training: S. Harris | SENTRY Assignment Date: |
| Inmate: I. Sanchez | Reg. Number: 78549-054 |

Prior to the work start date of a specific job assignment, and at least annually thereafter or whenever a new process, equipment, or chemical is introduced into the work area, each inmate will receive initial job training by his supervisor concerning safe work methods. The training shall include demonstrations of safety features in their department, and their practices. Workers will be trained to recognize the hazards involved in the work place, to understand the protective devices and clothing that is provided, and to report any deficiencies to their supervisor. It is our policy not to accept Alack of knowledge or skill≡ as a cause of an accident. All training shall be documented.

## PURPOSE

Upon assignment to a job or detail, and at least annually thereafter or whenever a new process, equipment, or chemical is introduced into the work area each inmate shall receive job training by his supervisor concerning safe work methods. The training shall include demonstrations of safety concerns related to the particular work assignment. All workers shall be trained to recognize and/or identify the hazards involved in their work areas to include equipment operating procedures, hazardous materials communication, personal protective equipment requirements (PPE), and general safety and sanitation procedures, and become familiar with the requirement to report any deficiencies to supervisory staff.

### TOPICS OF DISCUSSION

**Fire Safety:** Discuss location of exits, fire equipment (Extinguishers and standpipe hose stations), evacuation plans, and areas of assembly (for emergency or fire drills, alarms).

**Lock-out/Tag-out:** Discuss the importance of the Lock-out/Tag-out program and the steps necessary in order to comply with the program Discuss the personnel that are authorized to remove locks and the various machinery & equipment located in the shops. Also inform the inmate of the different types of energy sources that might have to be locked-out.

**Detail/Job Safety:** Discuss basic safety rules, safe work habits, specific equipment used within each area, accident injury reporting procedures, how to identify and utilize the proper personal protective equipment associated with each assignment, and the general safety/sanitation requirements of each work area.

**Reporting Equipment Defects:** Discuss the following:
1. Equipment defects should be reported to your supervisor for corrective action. 2. You are not expected to continue work on equipment that may lead to injury. 3. Questionable defects should be reported to your supervisor who will determine the extent of the defect and if a safety hazard exists. 4. Never leave defective equipment unattended to prevent others from picking up and using the equipment. 5. The Safety Office can be contacted for technical assistance.

**Hazardous Materials in the Work:** Discuss the proper use and handling of products found in the following categories of chemicals in your work area and where to find Material Safety Data Sheets. It will be the responsibility of the inmate to read the label on each product to be utilized to determine the proper category it falls under and follow the proper safety procedures on the label or material safety data sheet.

**Reporting Injuries:** Inform the inmate that injuries no matter how minor, are to be reported to their supervisor. Failure to report an injury could result in forfeiture of inmate accident compensation or disciplinary action. When reporting the injury, provide the supervisor with accurate and specific information on how the injury occurred. This is necessary to document the incident and determine the cause. Inmate statement's on the inmate injury report should be clearly written, accurate, and thorough. The goal of an investigation is to prevent a similar accident from happening. If necessary, medical care will be provided by the Hospital. All sections of the inmate injury report (form BP-184) need to be completed and the form forwarded to the Safety Office for further processing. Additional information provided by the injured, witnesses, or supervisors can be submitted on additional paper.

**Reporting Hazards:** Recognized safety hazards must be reported to your supervisor for corrective action. Never assume the problem will be corrected or reported by someone else. Never use a piece of equipment, tool, or machinery you suspect is defective. Unless specifically authorized and instructed to do so, never attempt to correct a safety hazard on your own. If you suspect, but are not sure whether a hazard exists, report your concerns. Hazards can be reported to the Safety Office for investigation or technical assistance.

## HAZARDOUS MATERIALS IDENTIFICATION SYSTEM (HMIS)

**High hazard level chemicals**, such as chemicals with a HMIS rating of 3 or 4, a NFPA 704 rating of 3 or 4, or chemicals with labels indicating <u>Flammable</u>, <u>Danger</u>, <u>Poison</u>, <u>Toxic</u>, <u>Corrosive</u> or <u>Carcinogenic</u> must be used under the direct supervision of a staff member. The bin card system must be utilized for accountability.

**Moderate hazard level chemicals**, such as chemicals with a HMIS rating of 2, a NFPA 704 rating of 2, or chemicals with labels indicating <u>Warning</u>, or <u>Combustible</u> may be used with extended supervision. They may be issued to inmates for use; however, they must be accounted for and secured at the end of the workday. The bin card system must be utilized for accountability. Note: If a warning label is provided and HMIS or NFPA 704 rating information is not available, the Safety Manager must determine the appropriate level of supervision.

**Low hazard level chemicals**, such as chemicals with a HMIS rating or 0 or 1, a NFPA 704 rating of 0 or 1, or chemicals with labels indicating <u>Irritant</u> or <u>Caution</u> may be issued and used by inmates without direct supervision.

**FLAMMABLE:** The flammable label indicates that the chemical will ignite easily. Flammable materials have a flash point (the lowest temperature at which a liquid or solid gives off sufficient vapors to sustain combustion) of 100 degrees Fahrenheit or less. While working with the chemical, eliminate all ignition sources (no smoking, flares, sparks or flames in immediate area). All electrical equipment used when handling the product must be grounded.

**COMBUSTIBLE:** The combustible label indicates much the same as the flammable label except the flash point of the product is greater than 100 degrees Fahrenheit. The same steps must be taken when using these chemicals. A combustible material will not ignite as easily as a flammable material.

**POISON/TOXIC:** Poisons and toxins are Extremely Hazardous to the health of the workers. Some toxins may be fatal if inhaled or absorbed through skin. Fire will produce irritating, corrosive and/or toxic gases and contact with gas or liquid may cause burns. Proper Personal Protective Equipment *MUST* be utilized.

**Equipment Training:** Discuss the use of any equipment and/or machinery which the inmate employee is expected to use while in his particular work assignment including pressurized containers such as oxygen, acetylene, and propane. In addition, discuss the importance for machine guards (where applicable) and reporting defective or unsafe equipment to supervisory personnel. The inmate must understand that he is not to operate any energized equipment prior to proper training by the detail supervisor.

**Note:** List specific equipment which the inmate has received training on and is authorized to operate. Also record any and all additional training thereafter. Supervisory staff are to ensure that no inmates are to operate any equipment without proper training.

### (Attach additional sheets if necessary)

| Specific Equipment Training | Date | Inmate Initials | Staff Initials |
|---|---|---|---|
| 1. Mercury Buffers | | | |
| 2. Cleaning Chemicals | | | |

**Personal Protective Equipment (PPE):** Discuss the use of any personal protective equipment which the inmate employee is expected to use while in his particular work assignment. In addition, discuss the importance of accounting for and reporting defective or unsafe equipment to supervisory personnel. Explain the hazards specific to each job, and issue personal protective equipment (PPE) to safeguard against these hazards. Inmates will be required to use PPE in designated areas, and MUST be worn properly. List specific PPE which the inmate has received training on and is authorized to wear. Also, record any and all additional PPE issued thereafter. Detail supervisors are to ensure that all inmates understand and utilize all PPE issued. **(Attach additional sheets if necessary)**

| Specific PPE Trained/Issued | Date | Inmate Initials | Staff Initials | Specific PPE Trained/Issued | Date | Inmate Initials | Staff Initials |
|---|---|---|---|---|---|---|---|
| 1. Boots, | | | | 5. | | | |
| 2. Respiratory Protection | | | | 6. | | | |
| 3. Eye Protection | | | | 7. | | | |
| 4. Gloves | | | | 8. | | | |

### HAZARDOUS COMMUNICATION:
### "Right to Know"

As of 2013, OSHA revised 29CFR1910.1200 to include the Global Harmonization Standard (GHS). All detail foremen must review the GHS additions and revisions to 29CFR1910.1200 with their respective inmate workers to include: Methods and observations that may be used to detect the presence or release of a hazardous chemical in the work area (such as monitoring conducted by the employer, continuous monitoring devices, visual appearance or odor of hazardous chemicals when

being released, etc.);
1910.1200(h)(3)(ii)
The physical, health, simple asphyxiation, combustible dust, and pyrophoric gas hazards, as well as hazards not otherwise classified, of the chemicals in the work area;
1910.1200(h)(3)(iii)
The measures employees can take to protect themselves from these hazards, including specific procedures the employer has implemented to protect employees from exposure to hazardous chemicals, such as appropriate work practices, emergency procedures, and personal protective equipment to be used; and,
1910.1200(h)(3)(iv)
The details of the hazard communication program developed by the employer, including an explanation of the labels received on shipped containers and the workplace labeling system used by their employer; the safety data sheet, including the order of information and how employees can obtain and use the appropriate hazard information.

The following information is to advise you that the OSHA standard, 29 CFR 1910.1200. requires that you receive training in Hazard Communication. This training is called "Right to Know." In other words, you as a worker have the right to know the types of hazardous chemicals you work with or may be exposed to while working, and the hazards associated with those chemicals. The institution has a comprehensive Hazardous Communication program in place, and it is available to you upon request from your supervisor. You must be able to recognize and understand the use of labels and Safety Data Sheets (SDS).
**The SDS is a document that states:**

As of June 1, 2015, the HCS will require new SDSs to be in a uniform format, and include the section numbers, the headings, and associated information under the headings below:

| | |
|---|---|
| **Section 1, Identification** includes product identifier; manufacturer or distributor name, address, phone number; emergency phone number; recommended use; restrictions on use. | **Section 9, Physical and chemical properties:** lists the chemical's characteristics. |
| **Section 2, Hazard(s) identification:** includes all hazards regarding the chemical; required label elements. | **Section 10, Stability and reactivity:** lists chemical stability and possibility of hazardous reactions. |
| **Section 3, Composition/information on ingredients:** includes information on chemical ingredients; trade secret claims. | **Section 11, Toxicological Information:** includes routes of exposure; related symptoms, acute and chronic effects; numerical measures of toxicity. |
| **Section 4, First-aid measures:** includes important symptoms/effects, acute, delayed; required treatment. | *Section 12,* Ecological information* |
| **Section 5, Fire-fighting measures:** lists suitable extinguishing techniques, equipment; chemical hazards from fire. | *Section 13,* Disposal considerations* |
| **Section 6, Accidental release measures:** lists emergency procedures; protective equipment; proper methods of containment and cleanup. | *Section 14,* Transport information* |
| **Section 7, Handling and storage:** lists precautions for safe handling and storage, including incompatibilities. | *Section 15,* Regulatory information* |
| | **Section 16, Other Information,** includes the date of preparation or last revision. |
| **Section 8, Exposure controls/personal protection:** lists OSHA's Permissible Exposure Limits (PELs); Threshold Limit Values (TLVs); appropriate engineering controls; personal protective equipment (PPE). | *Note: Since other Agencies regulate this information, OSHA will not be enforcing Sections 12 through 15 (29 CFR 1910.1200(g)(2)). |

OSHA has adopted new hazardous chemical **labeling requirements** as a part of its recent revision of the Hazard Communication Standard, 29 CFR 1910.1200 (HCS), bringing it into alignment with the United Nations' Globally Harmonized System of Classification and Labeling of Chemicals (GHS). These changes will help ensure improved quality and consistency in the classification and labeling of all chemicals, and will also enhance worker comprehension. As a result, workers will have better information available on the safe handling and use of hazardous chemicals, thereby allowing them to avoid injuries and illnesses related to exposures to hazardous chemicals.

The revised HCS changes the existing Hazard Communication Standard (HCS/HazCom 19941) from a performance-based standard to one that has more structured requirements for the labeling of chemicals. The revised standard requires that information about chemical hazards be conveyed on labels using quick visual notations to alert the user, providing immediate recognition of the hazards. Labels must also provide instructions on how to handle the chemical so that chemical users are informed about how to protect themselves.

As of June 1, 2015, all labels will be required to have pictograms, a signal word, hazard and precautionary statements, the product identifier, and supplier identification. Each pictogram consists of a symbol on a white background framed within a red border and represents a distinct hazard(s). The pictogram on the label is determined by the chemical hazard classification.

These Safety Data Sheets should be kept on each chemical that is stored within the department. It is your responsibility to ask your supervisor to look at documents. This is your "Right to Know", the types of hazardous chemicals you work with. There are hazardous chemical areas in this institution of which you may come in contact with while working. Your supervisor must advise you of the chemicals you work with and the hazards associated with them. Your supervisor must also advise you anytime a new chemical is introduced into the work area.
It is important to remember that this information can only help you if you do the following:
1. Read labels and Material Safety Data Sheets
2. Know where to find the information about the chemical you work with

3.    Follow warnings and instructions
4.    Use the correct clothing and equipment when handling hazardous substances
5.    Practice sensible, safe work habits

Another important fact to remember is, if you receive information or training which you don't understand, you need to ask your supervisor for clarification. The information contained on this form is for the sole purpose of advising you of your "Right to Know", the types of hazardous chemicals you may work with or be exposed to while working at this institution.

 

## GENERAL SAFETY/SANITATION

Maintaining a clean work area is the responsibility of all inmates assigned to any work area. Sanitation is a key measure in maintaining a safe, healthy, orderly work environment.

## SEXUALLY ABUSIVE BEHAVIOR PREVENTION AND INTERVENTION

While you are incarcerated, no one has the right to pressure you to engage in sexual acts. If you are afraid or feel you are being threatened or pressured to engage in sexual behaviors, you should discuss your concerns with staff. If you feel immediately threatened, approach any staff member and ask for assistance. It is part of his/her job to ensure your safety. Sexual acts or contacts between two or more inmates, even when no objections are raised, are prohibited acts, and may be illegal.

Inmate Printed Name: L. Sanchez

Inmate Signature: _____

Supervisor Signature: _____

Reg. Number: 78549-054

Date: 06/29/2018

Date: 06/29/2018

**NOTE:** *This form is to be kept on file by the work supervisor as long as the inmate is assigned to the detail and retained in accordance with policy. Inmate drivers are required to obtain an inmate driving permit prior to operating any vehicles and motorized equipment.*